ELIEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER (SBN 136820)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-2454
    Facsimile: (213) 894-0115
    Email: Thomas.Coker@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 16-01387-JFW(JPRx) |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER TO SHOW CAUSE |
| LETANTIA BUSSELL, | ) | |
| Respondent. | ) | |

Upon the Petition and supporting Memorandum of Points and Authorities and Declaration to the Petition, the Court finds that petitioner has established its prima facie case for judicial enforcement of the subject IRS administrative summons. *United States v. Powell*, 379 U.S. 48, 57-58, 85 S.Ct. 248 (1964); *United States v. Abrahams*, 905 F.2d 1276, 1280 (9th Cir. 1990) (the government's prima facie case is typically made through the sworn declaration of the I.R.S. agent who issued the summons).

Therefore, **IT IS ORDERED** that respondent Letantia Bussell appear before this District Court of the United States for the Central District of California, in Courtroom No. 16, United States Court House, 312 North Spring Street, Los Angeles, California, 90012 on **April 4, 2016, at 1:30 p.m.**, and show cause why

1

testimony and production of books, records, papers and other data demanded in the subject Internal Revenue Service summons should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities and accompanying Declaration be served promptly upon respondent Letantia Bussell by any employee of the Internal Revenue Service by personal delivery or by certified mail.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon respondent Letantia Bussell of the herein described documents, respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, respondent Letantia Bussell files a response with the Court stating that she does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then respondent's appearance at any hearing pursuant to this Order to Show Cause is excused, and respondent shall be deemed to have complied with the legal requirements of this Order.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: March 18, 2016  _____
United States District Judge